

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:     Antonio Bermudez v. The State of Texas

Appellate case number:   01-14-00160-CR

Trial court case number: 1370940

Trial court:             184th District Court of Harris County

     On September 15, 2014, Antonio Bermudez filed a Motion for Leave to File Amended Brief. The motion is **GRANTED**. The amended brief is accepted as filed on September 15, 2014. Appellee's reply brief is due October 15, 2014.

     It is so ORDERED.

Judge's signature: /s/ <u>Harvey Brown</u>
           X  Acting individually

Date:  September 18, 2014